**UNITED STATES DISTRICT COURT**

NORTHERN DIVISION

3:26-cv-02535

DHRUV NANDAKUMAR *Plaintiff* )

Vs.

UNIVERSITY OF TEXAS SOUTHWESTERN ) MOTION

MEDICAL CENTER; AND UNIVERSITY OF

TEXAS SYSTEM

*Defendants* )

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

)

Plaintiff Dhruv Nandakumar, through undersigned counsel **Renee Walker**, respectfully moves under Local Civil Rule 83.10 (a) and (c) for leave to proceed without separately designated local counsel. In support, Mr. Nandakumar states as follows:

## Background and Grounds

1. Local Civil Rule 83.10(a) generally requires local counsel when an attorney appearing in a case does not reside or maintain the attorney's principal office within this district. Local Civil Rule 83.10(c) permits the presiding judge to exempt a party from that requirement.

2. Ms. Walker has been admitted **pro hac vice** in this action and is authorized to appear for Dhruv Nandakumar.

3. LLG National Law Group maintains an office at **539 W. Commerce St. Ste 4233 Dallas Tx 75208, 915-206-3510**. As we maintain one of our offices within the Northern District

and Ms. Walker is admitted pro hac vice, Local Civil Rule 83.10(a) is not required in this case to enlist local counsel.

4. Ms. Walker resides at **789 Hawthorn Street, Princeton, Texas 75407**, in Collin County, Texas. Her residence is approximately **39 miles** from the Earle Cabell Federal Building and United States Courthouse, **1100 Commerce Street, Dallas, Texas 75242**, where this action is pending.

5. In the alternative, should an exemption under 83.10(c) be required, Ms. Walker is able and willing to fulfill the responsibilities ordinarily served by local counsel. In particular, she will comply with the Federal Rules of Civil Procedure, the Local Civil Rules, all orders and judge-specific requirements in this action, and all electronic-filing requirements. She is available to attend hearings, conferences, and other proceedings in person when required and can do so without unreasonable delay.

6. Requiring Mr. Nandakumar to retain additional local counsel would not materially advance the purposes of Local Civil Rule 83.10 under these circumstances. Ms. Walker's proximity to the courthouse and commitment to remain responsible for filings, appearances, and compliance provide the court and the parties with a readily available attorney able to address the case's needs.

7. Granting this motion will not prejudice any party, delay the proceedings, or burden the Court. Ms. Walker will promptly comply with any later direction that Mr. Nandakumar designate qualifying local counsel.

## Certificate of Conference

8. Pursuant to Local Civil Rule 7.1, undersigned counsel states that Defendant has not yet appeared. The parties were unable to confer.

## Prayer

WHEREFORE, Mr. Nandakumar respectfully requests that the Court recognize Ms. Walker is not subject to Local Civil Rule 83.10(a) or in the alternative grant leave under Local Civil Rule 83.10(c) to permit Mr. Nandakumar to proceed in this action without separately designated local counsel, subject to any conditions the Court considers appropriate, and grant all other just relief.

Respectfully submitted,

/s/ Renee Walker
**Renee Walker**
LLG National Law Group

State Bar No. 16958480

539 West Commerce Ste., Ste. 4233

Dallas, Texas 75208

915-206-3510

Certificate of Service

I certify that on September 21, 2026 I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notice of filing to all counsel of record.

*/s/ Renee Walker*
**Renee Walker**