**UNITED STATES DISTRICT COURT**

NORTHERN DIVISION

3:26-cv-02535

DHRUV NANDAKUMAR *Plaintiff* )

Vs.

UNIVERSITY OF TEXAS SOUTHWESTERN ) ORDER
MEDICAL CENTER; AND UNIVERSITY OF
TEXAS SYSTEM

*Defendants* )

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Plaintiff Dhruv Nandakumar's Unopposed Motion for Leave to Proceed Without Local Counsel (the "Motion"). Having considered the Motion, the applicable rules, and the record, the Court finds that the Motion should be **GRANTED**.

Accordingly, pursuant to Local Civil Rule 83.10(c), Plaintiff is granted leave to proceed in this action without separately designated local counsel. Attorney Renee Walker may continue to represent Plaintiff in this action without separately designated local counsel, subject to her continued compliance with the Federal Rules of Civil Procedure, the Local Civil Rules, all Court orders, judge-specific requirements, and all electronic-filing requirements.

This Order does not preclude the Court from requiring Plaintiff to designate qualifying local counsel at a later time if the Court determines that doing so is appropriate.

SO ORDERED on this ___ day of _________, 2026.

UNITED STATES DISTRICT JUDGE